**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ANDREW NETTER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-2152** |
| **UNITED STATES MARITIME SERVICES, INC., ET AL** | **SECTION "B" (3)** |

**ORDERS DENYING PLAINTIFF's MOTION TO COMPEL AND MOTION FOR MORE DEFINITE STATEMENT**

Before the Court is Plaintiff's Third Motion to Compel Against U.S. Maritime Service, Inc. and/or its Supervisory Personnel [Rec. Doc. No. 34] and Plaintiff's Motion for More Definite Statement [Rec. Doc. No. 25]. For the following reasons, the aforesaid motions are denied.

First addressing plaintiff's third Motion to Compel, for reasons previously stated in orders issued by the undersigned, the plaintiff's is premature.[1] In addition, plaintiff' motion to compel is now moot.[2]

Turning to the plaintiff's Rule 12(e) Motion for More Definite Statement, plaintiff is not entitled to the requested relief. Defendant's Motion to Dismiss is not a "pleading" to which a responsive "pleading" is permitted. Federal Rule of Civil Procedure 7(a) defines the term "pleading" as follows:

---

[1] *See* Orders dated August 23 and 24, 2006 [Rec. Doc. Nos. 30 & 31].

[2] *See* Order and Reasons dated September 1, 2006 (granting United States Maritime Services, Inc.'s Motion to Dismiss) [Rec. Doc. No. 33]

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint...; and a third-party answer, if a third-party complaint is served. No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer.

*See* Fed. R. Civ. P. 7(a).

At no time has United States Maritime Services, Inc. filed a "pleading;" instead, its sole response to plaintiff's complaint was a "Motion to Dismiss" which as granted.[3] For the foregoing reasons, the plaintiff is not entitled to a more definite statement and, in any event, his Rule 12e motion is now moot.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Compel [Rec. Doc. No. 34] is DISMISSED as both premature and moot.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for More Definite Statement [Rec. Doc. No. 25] is DENIED, since plaintiff is not entitled to the relief requested and, alternatively, the motion is moot.

New Orleans, Louisiana, this <u>12th</u> day of September, 2006.

_____
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**

---

[3] *See* Order and Reasons dated September 1, 2006 [Doc. No. 33].